**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. BRANDON HENNESSEE, an Individual, and<br>2. RON RESAR, d/b/a COWPOKES WRECKING SERVICE,<br><br>        Plaintiffs,<br><br>v.<br><br>1. NEW PRIME, INC., and<br>2. STEVON D. PARKER,<br><br>        Defendants.<br><br>1. NEW PRIME, INC., and<br>2. STEVON D. PARKER,<br><br>        Counterclaim Plaintiffs,<br><br>v.<br><br>1. BRANDON HENNESSEE, an Individual, and<br>2. RON RESAR, d/b/a COWPOKES WRECKING SERVICE,<br><br>        Counterclaim Defendants,<br><br>1. NEW PRIME, INC., and<br>2. STEVON D. PARKER,<br><br>        Third Party Plaintiffs,<br><br>v.<br><br>1. ELITE WRECKER SERVICE, LLC, and<br>2. COWPOKES WRECKER SERVICE LTD LIABILITY CO.,<br><br>        Third Party Defendants. | 21-cv-022-CVE-SH |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the Parties, Plaintiff and Counterclaim Defendant Brandon Hennessee ("Hennessee"), Plaintiff and Counterclaim Defendant Ron Resar d/b/a Cowpokes Wrecking Service ("Resar"), Defendant and Counterclaim/Third Party Plaintiff New Prime, Inc. ("Prime"), Defendant and Counterclaim/Third Party Plaintiff Stevon D. Parker ("Parker"), Third Party Defendant Elite Wrecker Service, LLC ("Elite"), and Third Party Defendant Cowpokes Wrecker Service Ltd. Liability Co. ("Cowpokes"), by and through their respective counsel of record, and hereby submit their *Joint Stipulation of Dismissal*.  In support hereof, the Parties would show the Court as follows:

1. Plaintiff Hennessee hereby dismisses all of his claims against Prime and Parker **with prejudice**.

2. Plaintiff Resar hereby dismisses all of his claims against Prime and Parker **with prejudice**.

3. Counterclaim and Third-Party Plaintiff Prime dismisses all of its claims against Hennessee, Resar, Elite and Cowpokes **with prejudice**.

4. Counterclaim and Third-Party Plaintiff Parker dismisses all of his claims against Hennessee, Resar, Elite and Cowpokes **with prejudice**.

Respectfully submitted,

*/s/ Derrick T. DeWitt*
Derrick T. DeWitt, OBA #18044
Kyle R. Prince, OBA #33040
DEWITT PARUOLO & MEEK
PO Box 138800
Oklahoma City, OK 73113
(405) 705-3600
(405) 705-2573 *facsimile*
dewitt@46legal.com
kprince@46legal.com

*Attorneys for Plaintiffs and Counterclaim/Third-Party Defendants*

*/s/ Ryan D. Ensley*
Charles H. Moody, OBA #17237
Ryan D. Ensley, OBA #31050
**RODOLF & TODD**
15 E. 5th Street, Sixth Floor
Tulsa, OK 74103-4014
(918) 295-2100
(918) 295-7800 facsimile
chad@rodolftodd.com
ryan@rodolftodd.com
*Attorneys for Defendants and Counterclaim/Third-Party Plaintiffs*